IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                    CASE NO: 09-31103
                                                                            CHAPTER 7

         DECKER, DEBORAH RENEE

              Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 17/17I | Washmtl/Prov<br>P.O. Box 9180<br>Pleasanton, CA 94588 | $9,497.99/33.79 |

The check mailed at the above address on September 22, 2010 and has been returned by the Post Office "not deliverable as addressed - unable to forward".

Dated this 1st day of December, 2010.

                                                  /s/ Sherry F. Chancellor
                                                  Sherry F. Chancellor, Trustee
                                                  619 West Chase Street
                                                  Pensacola, Florida 32502
                                                  (850) 436-8445
                                                  Florida Bar No: 434574

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Washmtl/Prov P.O. Box 9180, Pleasanton, CA 94588 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on the 1st day of December , 2010.

                                                       /s/ Sherry F. Chancellor
                                               Sherry F. Chancellor, Trustee